RECEIVED
BY: _____ (M

OCT 3 0 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

October 27, 2009

Roy Lee Green #103207
Camp J, Bass
Louisiana State Prison ⟵===== CURRENT ADDRESS
Angola, LA 70712

To: Tony R. Moore, Clerk
United State District Court
Western District of Louisiana
300 Fannin St., Suite 1167
Shreveport, LA 71101-3083

Re: *Pending Habeas Corpus Application*   Scc - P
    *Civil Docket for Case #5:09-cv-00776-TS-MLH*

Dear Clerk,

This is to advise the court that I am not at Winn Correctional Center which is located in Winfield, LA. I am at Angola, LA.
Thanks in advance for your prompt response in regards to this matter.

Sincerely,

Roy Green

Roy Lee Green

ROY LEE GREEN #103207
CAMP J, BASS
LOUISIANA STATE PRISON
ANGOLA, LA 70712



NOT CENSORED
Not Responsible for Contents
La State Penitentiary

OCT 9 2009

LA STATE PEN
AN ALL MALE PENAL INSTITUTE

CAMP J

71101/3083

CLERK OF COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
300 FANNIN STREET, SUITE 1167
SHREVEPORT, LA 71101



BATON ROUGE LA 708 1 1
28 OCT 2009 PM